**MOTORCITY OF JACKSONVILLE, LTD., a limited partnership, By and Through its general partner MOTORCITY OF JACKSONVILLE, INC., a Florida corporation, David Hess, Plaintiffs–Appellants,**

v.

**SOUTHEAST BANK, N.A., David Feigenbaum, Defendants,**

**Federal Deposit Insurance Corporation, as receiver for Southeast Bank, N.A., Defendant–Appellee.**

**No. 93–4634.**

United States Court of Appeals, Eleventh Circuit.

June 29, 1995.

Lawrence R. Heller and Dyanne E. Feinberg, Miami, FL, Kipp A. Coddington, Christopher D. Cerf, Daniel E. Troy and Stephen Goldman, Washington, DC, for Motorcity and David Hess.

Julie Feigeles, Miami, FL, S. Alyssa Roberts, Washington, DC, for appellee.

ON PETITION FOR REHEARING

Before TJOFLAT, Chief Judge, KRAVITCH, HATCHETT, ANDERSON, EDMONDSON, COX, BIRCH, DUBINA, BLACK, CARNES and BARKETT, Circuit Judges.

BY THE COURT:

A member of this court in active service having requested a poll on the suggestion for rehearing en banc and a majority of the judges of this Court in active service having

voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.